JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
dan.schiess@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | 2:20-cr-00128-KJD-BNW |
| **Plaintiff,** | |
| v. | **Unopposed Motion to Dismiss Indictment Against Defendant Paschall** |
| **Stephen T. Parshall,** | |
| **Defendant.** | |

The United States, by and through Jason M. Frierson, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, seeks leave of Court to dismiss the indictment without prejudice against defendant Stephen T. Parshall. Federal Rule of Criminal Procedure 48(a) authorizes the United States to seek leave of court to dismiss an indictment. The United States seeks to do so here for defendant Parshall because he recently pled guilty and was sentenced on September 5, 2023, in the Clark County,

1  Nevada, District Court, in case number C-20-348860-2, for crimes he committed arising
2  out of the same acts that support the federal indictment against him in this case.
3      This motion is unopposed by defendant Parshall.

JASON M. FRIERSON
United States Attorney

*/s/ Daniel R. Schiess*

_____
Assistant United States Attorney

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   DANIEL R. SCHIESS
3  Assistant United States Attorney
   Nevada Bar No. 5483
4  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
6  dan.schiess@usdoj.gov
   *Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | 2:20-cr-00128-KJD-BNW |
| **Plaintiff,** | |
| v. | **Order Granting Unopposed Motion to Dismiss Indictment Against Defendant Parshall** |
| **Stephen T. Parshall,** | |
| **Defendant.** | |

The United States has filed an unopposed motion seeking leave to dismiss the indictment without prejudice against defendant Stephen T. Parshall. Federal Rule of Criminal Procedure 48(a) authorizes the United States to seek leave of court to dismiss an indictment. The United States seeks to dismiss the indictment against defendant Parshall because he recently pled guilty and was sentenced on September 5, 2023, in the Clark County, Nevada, District Court, in case number C-20-348860-1, for crimes he committed arising out of the same acts that support the federal indictment against him in this case.

3

For good cause appearing, and in the interest of justice, IT IS HEREBY ORDERED that the indictment is dismissed against defendant Parshall

DATED this ___ day of _____, 2023.

_____
United States District Judge